

# Case Assignment
# Standard Criminal Assignment

Case number **3:22CR-144-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 11/16/2022 12:09:24 PM
Transaction ID: 70635

Request New Judge    Return