FILED
JAMES J. VILT, JR. - CLERK

NOV 16 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                        PLAINTIFF

v.                                      Criminal Action No.: 3:22-CR-144-DJH

GARY W. KOCH                                 DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Amanda E. Gregory hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

Amanda E. Gregory
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911
FAX: (502) 582-5067
Email: Amanda.gregory@usdoj.gov