**FILED**

JAMES J. VILT, JR. - CLERK

NOV 1 6 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                      CRIMINAL ACTION NO. 3:22-CR-144-DJH

GARY W. KOCH                                                          DEFENDANT

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Amanda E. Gregory, Assistant United

States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e),

Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the

Federal Grand Jury this November 16, 2022, charging the above-named defendant with a

violation of Title 18, United States Code, Section 876(c), be kept secret until the defendant is in

custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order

that until the defendant is in custody, or has given bail, or the warrant for arrest is returned

unexecuted, that no person disclose the return of the indictment, or any warrant or order issued

pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of

the defendant.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

Amanda E. Gregory
Assistant United States Attorney