# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**     **PLAINTIFF**

**VS.**     **CRIMINAL ACTION NUMBER: 3:22CR-144-DJH**

**GARY W. KOCH**     **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

On November 18, 2022, United States Magistrate Judge Colin H. Lindsay held an initial appearance on this matter via video conference. Assistant United States Attorneys Amanda Gregory and Jolee Porter appeared on behalf of the United States. The defendant appeared in custody at the Oldham County Detention Center. The proceeding was digitally recorded.

The defendant advised that he will retain counsel to represent him in this matter. The defendant consented to proceed with hearing via video conference.

Upon motion of the United States to unseal the Indictment,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the Indictment is **UNSEALED**.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein and was advised of his rights.

The United States did not move for detention. Accordingly, for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant is released on a $25,000 unsecured bond with an order setting conditions of release.

**IT IS FURTHER ORDERED** that this matter is continued to **November 29, 2022, at 1:00 p.m.** via video conference for arraignment before the Honorable Colin H. Lindsay, United States Magistrate Judge.

November 28, 2022     **ENTERED BY ORDER OF THE COURT:**
    **COLIN H. LINDSAY**
    **UNITED STATES MAGISTRATE JUDGE**
    **JAMES J. VILT JR., CLERK**
    **BY: /s/** *Theresa L. Burch*, **Deputy Clerk**

:10