# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| PLAINTIFF  ) | |
| ) | |
| v.  ) | CASE NO.  3:22-CR-144-DJH |
| ) | |
| GARY W. KOCH,  ) | |
| ) | |
| DEFENDANT  ) | |

\* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE
*ELECTRONICALLY FILED*

Comes GARY W. KOCH, by counselors, Nick Mudd and Richard Meena, and hereby gives notice to this Honorable Court and to the United States Government that attorney Nick Mudd and attorney Richard Meena have been retained as private counselors in the above-styled case and will hereinafter serve as counselors for Mr. Koch. Please forward all filings and correspondence to the addresses below.

**WHEREFORE**, Counselors give the appropriate notice of serving as the attorneys of record for Mr. Gary W. Koch in the above-styled case.


Respectfully submitted,

/s/ NICHOLAS D MUDD                                      /s/ RICHARD MEENA
_____                               _____
NICHOLAS D. MUDD                                           RICHARD MEENA
MUDD LEGAL GROUP                                         125 S. 7th Street
600 W MAIN ST, SUITE 300                                 Louisville, KY 40202
Louisville, Kentucky 40202                                  Phone: (502) 584-1403
Phone: (502) 494-5222                                        Richard@Meenalaw.com
Nick@MuddLegalGroup.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was filed on November 28, 2022, with service to all parties via ECF.

/s/ NICHOLAS D MUDD  /s/ RICHARD MEENA
_____  _____
NICHOLAS D MUDD  RICHARD MEENA
Defense Counsel  Defense Counsel