# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CRIMINAL ACTION NO. 3:22CR-144-DJH

**UNITED STATES OF AMERICA,**                                                  **PLAINTIFF,**

**v.**

**GARY KOCH,**                                                                   **DEFENDANT.**

## ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

December 5, 2022

*[Signature]*

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record