# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CASE NO.  3:22-CR-144-DJH |
| | ) | |
| GARY W. KOCH, | ) | |
| | ) | |
| DEFENDANT | ) | |

* * * * * * *

<u>UNOPPOSED MOTION TO CONTINUE TRIAL BY JURY CURRENTLY SCHEDULED FOR JANUARY 23, 2023, AT 9:30 A.M., AND TO CONTINUE ALL PRE-TRIAL DEADLINES, FILED ON BEHALF OF DEFENDANT GARY W. KOCH</u>
*ELECTRONICALLY FILED*

Comes Gary W. Koch, by counselors, Nick Mudd and Richard Meena, and hereby gives notice to this Honorable Court and to the United States Government, that Mr. Koch files this motion to Continue the Trial date of January 23, 2023, and all related motion and pre-trial deadlines, for a reasonable period. In support of this Motion, Defendant Duncan states the following:

1.   Defendant Koch was indicted on this case for one (1) count of Mailing Threatening Communication on or about November 16, 2022. His initial appearance occurred on or about November 23, 2022, where he was released on a $25,000 unsecured bond. Counselors Nick Mudd and Richard Meena were retained on this case and entered a notice of appearance on or about November 28, 2022. Counselors received discovery on this case on or about November 30, 2022, approximately two (2) weeks ago.

2.   A trial by jury has been scheduled to begin on January 23, 2023, at 9:30 a.m., before The Honorable David J. Hale, United States District Judge, at the United States Courthouse in Louisville, Kentucky.

1

3.   The Undersigned counselors are currently still in the process of reviewing discovery and would like more time to be prepared for trial and/or negotiate the case to reach an adequate settlement agreement.

4.   Further, Defendant Koch was ordered to have a psych evaluation. The undersigned Counselors have been working with Mr. Koch to get this accomplished. However, the Counselors Mudd and Meena would like more time to complete the psych evaluation, review it with our client, and raise any potential defenses or issues with the Court and/or the United States.

5.   The assigned Assistant United States Attorney Amanda Gregory has stated she has no objection to this continuance.

**WHEREFORE**, Counselors for Mr. Koch requests this Honorable Court grant a trial continuance and a continuance as to all related pretrial and motion deadlines as to the trial now scheduled for January 23, 2023, at 9:30 a.m., before the Honorable David J. Hale, United States District Judge, at the United States Courthouse in Louisville, Kentucky.

Respectfully submitted,

Respectfully submitted,

/s/ NICHOLAS D MUDD                                  /s/ RICHARD MEENA
_____                          _____
NICHOLAS D. MUDD                                   RICHARD MEENA
MUDD LEGAL GROUP                                 125 S. 7th Street
600 W MAIN ST, SUITE 300                        Louisville, KY 40202
Louisville, Kentucky 40202                         Phone: (502) 584-1403
Phone: (502) 494-5222                               Richard@Meenalaw.com
Nick@MuddLegalGroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion was filed on December 12, 2022, with service to all parties via ECF.

/s/ NICHOLAS D MUDD                                  /s/ RICHARD MEENA
_____                          _____
NICHOLAS D MUDD                                    RICHARD MEENA
Defense Counsel                                        Defense Counsel