**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CASE NO.  3:22-CR-144-DJH |
| | ) | |
| GARY W. KOCH, | ) | |
| | ) | |
| DEFENDANT | ) | |

\* \* \* \* \* \* \*

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the trial date scheduled in the above-styled case shall be rescheduled to the ____ day of _____, 20___, to commence at ___:____ __.M.

_____
JUDGE, FEDERAL WESTERN DISTRICT OF KY

_____
DATE