UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,   Plaintiff,

v.   Criminal Action No. 3:22-cr-144-DJH

GARY W. KOCH,   Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on December 16, 2022, with the following counsel participating:

| | |
|---|---|
| For the United States: | Amanda E. Gregory |
| | Jolee Porter |
| For Defendant: | Nicholas D. Mudd |
| | Richard Meena, Jr. |

The Court and counsel discussed the procedural posture of the case. Counsel reported that discovery from the United States is complete and reciprocal discovery is ongoing. Defense counsel indicated that additional time is needed to investigate the case. Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1)   Defendant Gary W. Koch's unopposed motion to continue the trial (Docket No. 15) is **GRANTED**. The trial of this matter, currently set for **January 23, 2023**, is **REMANDED** from the Court's docket, to be reset by subsequent order. All pretrial dates and deadlines are **VACATED**.

(2) This matter is **SET** for a telephonic status conference on **January 20, 2023, at 10:30 a.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187.

(3) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from December 12, 2022, to January 20, 2023, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

December 16, 2022

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: April Dowell

cc:   Jury Administrator