# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO. 3:22-CR-144-DJH |
| ) | |
| GARY W. KOCH, ) | |
| ) | |
| DEFENDANT ) | |

\* \* \* \* \* \* \*

### NOTICE TO THE COURT AND UNITED STATES OF SCHEDULED MENTAL HEALTH EVALUATION
*ELECTRONICALLY FILED*

Comes GARY W. KOCH, by counselors, Nick Mudd and Richard Meena, and hereby gives notice to this Honorable Court and to the United States Government that the Court Ordered Mental Health Evaluation for the Defendant has been scheduled with forensic psychologist Dr. Lauren Kaplan on March 6, 2023, at 9:30 A.M.

**WHEREFORE**, Counselors give the appropriate notice of the Mental Health Evaluation for Mr. Gary W. Koch in the above-styled case.

Respectfully submitted,

/s/ NICHOLAS D MUDD                             /s/ RICHARD MEENA
_____          _____
NICHOLAS D. MUDD                                RICHARD MEENA
MUDD LEGAL GROUP                                125 S. 7th Street
600 W MAIN ST, SUITE 300                        Louisville, KY 40202
Louisville, Kentucky 40202                      Phone: (502) 584-1403
Phone: (502) 494-5222                           Richard@Meenalaw.com
Nick@MuddLegalGroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing notice was filed on January 17, 2023, with service to all parties via ECF.

/s/ NICHOLAS D MUDD                        /s/ RICHARD MEENA
_____          _____
NICHOLAS D MUDD                          RICHARD MEENA
Defense Counsel                              Defense Counsel