UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                      Plaintiff,

v.                                                                       Criminal Action No. 3:22-cr-144-DJH

GARY W. KOCH,                                                                                  Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on January 20, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Amanda E. Gregory<br>Jolee Porter |
| For Defendant: | Nicholas D. Mudd<br>Richard Meena, Jr. |

The Court and counsel discussed the procedural posture of the case. Counsel reported that discovery from the United States is complete and reciprocal discovery is ongoing. Defense counsel informed the Court that the defendant's mental health evaluation has been scheduled. (*See* Docket No. 17)  Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1)    This matter is **SET** for a telephonic status conference on **February 7, 2023, at 10:00 a.m.**  Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187.

(2)    This matter is **SET** for a competency hearing on **March 29, 2023, at 10:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky.

(3) Pursuant to 18 U.S.C. § 3161(h)(1)(A), the Court finds that **the period of delay from January 20, 2023, to March 29, 2023, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because the defendant would otherwise be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This delay is not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

January 20, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

2