UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-144-DJH

GARY W. KOCH,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on February 7, 2023, with the following counsel participating:

For the United States:     Amanda E. Gregory
    Jolee Porter

For Defendant:     Nicholas D. Mudd

The Court and counsel discussed the procedural posture of the case. Defense counsel reported that the defendant's mental health evaluation remains scheduled for March 6, 2023. (*See* Docket No. 17) Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** that this matter is **SET** for a telephonic status conference on **March 24, 2023, at 10:00 a.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187.

February 7, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

1