UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CASE NO.  3:22-CR-144-DJH |
| | ) | |
| GARY W. KOCH, | ) | |
| | ) | |
| DEFENDANT | ) | |

\* \* \* \* \* \* \*

NOTICE TO THE COURT AND UNITED STATES OF
SCHEDULED MENTAL HEALTH EVALUATION
*ELECTRONICALLY FILED*

Comes GARY W. KOCH, by counselors, Nick Mudd and Richard Meena, and hereby gives notice to this Honorable Court and to the United States Government for the upcoming tele-conference scheduled in the above-styled case on March 24, 2023, at 10:00 A.M., that the Court Ordered Mental Health Evaluation for the Defendant occurred with forensic psychologist Dr. Lauren Kaplan on March 6, 2023, at 9:30 A.M. Per Dr. Kaplan, the evaluation lasted almost the entire day.

On March 15, 2023, Counsel communicated with Dr. Kaplan about the status of the results. Dr. Kaplan informed counsel she completed the clinical interview portion but has further concerns based on that exam which require additional testing, including a cognitive test, competency interview, and a personality test. An additional day of testing and evaluation by Dr. Kaplan has been scheduled with the Defendant on April 3, 2023, at 9:30 A.M. Counsel would ask the Court to take this into consideration for the tentatively scheduled Competency Hearing on March 29, 2023, at 10:30 A.M., and the upcoming tele-conference.

**WHEREFORE**, Counselors give the appropriate notice of the status of the Mental Health Evaluation for Mr. Gary W. Koch in the above-styled case.

Respectfully submitted,

/s/ NICHOLAS D MUDD

NICHOLAS D. MUDD
MUDD LEGAL GROUP
600 W MAIN ST, SUITE 300
Louisville, Kentucky 40202
Phone: (502) 795-2529
Nick@MuddLegalGroup.com

/s/ RICHARD MEENA

RICHARD MEENA
125 S. 7th Street
Louisville, KY 40202
Phone: (502) 584-1403
Richard@Meenalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice was filed on March 16, 2023, with service to all parties via ECF.

/s/ NICHOLAS D MUDD

NICHOLAS D MUDD
Defense Counsel

/s/ RICHARD MEENA

RICHARD MEENA
Defense Counsel