UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                   Plaintiff,

v.                                                                Criminal Action No. 3:22-cr-144-DJH

GARY W. KOCH,                                                                              Defendant.

\* \* \* \* \*

**ORDER**

In light of the defendant's March 16, 2023 notice of status of mental health evaluation (Docket No. 20), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The telephonic status conference of this matter, currently set for March 24, 2023, is **RESCHEDULED** for **April 11, 2023, at 10:30 a.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187.

(2) The competency hearing of this matter, currently set for March 29, 2023, is **RESCHEDULED** for **April 26, 2023, at 1:30 p.m.** at the U.S. Courthouse in Louisville, Kentucky.

(3) Pursuant to 18 U.S.C. § 3161(h)(1)(A), the Court finds that **the period of delay from March 20, 2023, to April 26, 2023, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because the defendant would otherwise be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv);

*Zedner v. United States*, 547 U.S. 489 (2006). This delay is not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

March 20, 2023

David J. Hale, Judge
United States District Court