## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CASE NO. 3:22-CR-144-DJH |
| | ) | |
| GARY W. KOCH, | ) | |
| | ) | |
| DEFENDANT | ) | |

\* \* \* \* \* \* \*

### NOTICE TO THE COURT AND UNITED STATES OF SCHEDULED MENTAL HEALTH EVALUATION
*ELECTRONICALLY FILED*

Comes GARY W. KOCH, by counselors, Nick Mudd and Richard Meena, and hereby gives notice to this Honorable Court and to the United States Government for the upcoming tele-conference scheduled in the above-styled case on April 11, 2023, at 10:30 A.M., of the following: on April 3, 2023, a clinical interview and competency assessment was conducted by Dr. Lauren Kaplan regarding Mr. Koch. Due to health issues, Mr. Koch was fatigued after these psychological services were performed, and a follow up for the testing portion of the evaluation has been further scheduled for April 25, 2023. At this time, no reports have been completed by Dr. Kaplan due to further testing that needs to occur.

Counsel would ask the Court to take this into consideration for the tentatively scheduled Competency Hearing on April 26, 2023, at 1:30 P.M., and the upcoming tele-conference.

**WHEREFORE**, Counselors give the appropriate notice of the status of the Mental Health Evaluation for Mr. Gary W. Koch in the above-styled case.

Respectfully submitted,

/s/ NICHOLAS D MUDD                           /s/ RICHARD MEENA

_____                   _____
NICHOLAS D. MUDD                              RICHARD MEENA
MUDD LEGAL GROUP                              125 S. 7th Street
600 W MAIN ST, SUITE 300                      Louisville, KY 40202
Louisville, Kentucky 40202                    Phone: (502) 584-1403
Phone: (502) 795-2529                         Richard@Meenalaw.com
Nick@MuddLegalGroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing notice was filed on April 10, 2023, with service to all parties via ECF.

/s/ NICHOLAS D MUDD                           /s/ RICHARD MEENA

_____                   _____
NICHOLAS D MUDD                               RICHARD MEENA
Defense Counsel                               Defense Counsel