UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:22-cr-144-DJH

GARY W. KOCH,　　　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

## **MEMORANDUM OF CONFERENCE AND ORDER**

A telephonic status conference was held in this matter on April 11, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Amanda E. Gregory<br>Jolee Porter |
| For Defendant: | Nicholas D. Mudd<br>Richard Meena, Jr. |

The Court and counsel discussed the procedural posture of the case. Defense counsel reported that the defendant will continue his mental health evaluation on April 25, 2023. (*See* Docket No. 22) Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1) This matter is set for a telephonic status conference on **May 9, 2023, at 10:00 a.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187.

(2) The competency hearing of this matter, currently set for April 26, 2023, is **RESCHEDULED** for **June 5, 2023, at 9:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky.

(3) Pursuant to 18 U.S.C. § 3161(h)(1)(A), the Court finds that **the period of delay from April 11, 2023, to June 5, 2023, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because the defendant would otherwise be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This delay is not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

April 11, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg