# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CASE NO. 3:22-CR-144-DJH |
| | ) | |
| GARY W. KOCH, | ) | |
| | ) | |
| DEFENDANT | ) | |

\* \* \* \* \* \* \*

## NOTICE TO THE COURT AND UNITED STATES OF SCHEDULED MENTAL HEALTH EVALUATION
*ELECTRONICALLY FILED*

Comes GARY W. KOCH, by counselors, Nick Mudd and Richard Meena, and hereby gives notice to this Honorable Court and to the United States Government for the upcoming tele-conference scheduled in the above-styled case on May 25, 2023, at 11:30 A.M., of the following: On May 23, 2023, counsel spoke with the evaluator, Dr. Lauren Kaplan, regarding the status of the competency report being prepared for Mr. Koch. Dr. Kaplan informed counsel she should have the report completed by the fifth day of June, but that she did relay that she does believe Mr. Koch is competent to stand trial.

Counsel would ask the Court to take this into consideration for the tentatively scheduled Competency Hearing, and the upcoming tele-conference.

**WHEREFORE**, Counselors give the appropriate notice of the status of the Mental Health Evaluation for Mr. Gary W. Koch in the above-styled case.

Respectfully submitted,

/s/ NICHOLAS D MUDD                     /s/ RICHARD MEENA
_____                 _____
NICHOLAS D. MUDD                        RICHARD MEENA
MUDD LEGAL GROUP                        125 S. 7th Street
600 W MAIN ST, SUITE 300                Louisville, KY 40202
Louisville, Kentucky 40202              Phone: (502) 584-1403
Phone: (502) 795-2529                   Richard@Meenalaw.com
Nick@MuddLegalGroup.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice was filed on May 24, 2023, with service to all parties via ECF.

/s/ NICHOLAS D MUDD                     /s/ RICHARD MEENA
_____                 _____
NICHOLAS D MUDD                         RICHARD MEENA
Defense Counsel                         Defense Counsel