**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO. 3:22-CR-144-DJH |
| ) | |
| GARY W. KOCH, ) | |
| ) | |
| DEFENDANT ) | |

**ORDER**

\* \* \* \* \*

The motion (Docket No. 27) of the defendant for leave to file a sealed document is hereby **GRANTED**.

June 8, 2023

David J. Hale, Judge
United States District Court