UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-144-DJH

GARY W. KOCH,     Defendant.

\* \* \* \* \*

## ORDER

This matter came before the Court on June 8, 2023, for a change-of-plea hearing. There appeared Amanda E. Gregory, Assistant United States Attorney; and Defendant Gary W. Koch, with retained counsel, Nicholas D. Mudd and Richard Meena, Jr. The Court's official reporter was Dena Legg.

Before Koch entered his plea of guilty as to Count 1 of the Indictment, the Court and counsel discussed Koch's mental health evaluation dated June 6, 2023. (Docket No. 28-1) The report was ordered under 18 U.S.C. § 4241. (*Id.*, PageID.54) Pursuant to 18 U.S.C. § 4247(b) and (c), the report was compiled by a licensed psychologist and includes (1) Koch's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; (4) the examiner's opinions as to diagnosis, prognosis, and whether Koch is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. (*See* D.N. 28-1, PageID.54–61)

The report is eight pages in length (*see id.*), and the psychologist opined that Koch suffers from a mental disease but nevertheless is (1) competent to stand trial; (2) capable of

understanding the nature and consequences of the proceedings against him; and (3) able to assist in his defense. (*Id.*, PageID.60) The defendant and counsel had no objections to the findings contained in the report. Based on the discussion during the hearing, and by agreement of the parties, it is hereby

**ORDERED** that because of the defendant and counsel's lack of objections to the report and the findings set out in the report, and for the reasons stated on the record, the Court finds that the defendant is not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and therefore, he is competent to proceed with all judicial proceedings against him.

June 8, 2023

David J. Hale, Judge
United States District Court