UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                                                         CRIMINAL ACTION NO. 3:22-CR-144-DJH

GARY W. KOCH                                                                          DEFENDANT

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America hereby informs the Court that Trial Attorney Lauren Castaldi is substituting as government counsel for Trial Attorney Jolee Porter in the above-captioned matter.  This matter will also continue to be assigned for all purposes to Assistant United States Attorney Amanda E. Gregory. This substitution is made with the client's consent.

//

1

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

*s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5016 (Tel.)
(502) 582-5067 (Fax)

COREY R. AMUNDSON
CHIEF, PUBLIC INTEGRITY SECTION
Criminal Division, U.S. Department of Justice

*s/ Lauren Castaldi*
JOLEE PORTER
LAUREN CASTALDI
Trial Attorneys
U.S. Department of Justice
Public Integrity Section

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was sent by electronic transmission through the Court's ECF system on August 18, 2023, which generated an electronic copy that was emailed to counsel for the defendant.

               */s/ Lauren Castaldi*
               Lauren Castaldi
               Trial Attorney
               U.S. Department of Justice
               Public Integrity Section